UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 21-2627 (TJK) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss, plaintiff's opposition, and the entire record, it is hereby

ORDERED that defendants' motion is GRANTED; and it is further

ORDERED that plaintiff's complaint is DISMISSED.

SO ORDERED


Dated: _____            _____
                                  TIMMOTHY J. KELLY
                                  United States District Judge