IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Civil Action No. 21-2627 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss, Plaintiff's opposition, and the entire record, it is hereby ORDERED that:

1. Defendants' Motion is DENIED.

SO ORDERED this _____ day of January, 2022.

_____
**TIMOTHY J. KELLY**
United States District Judge

Names and addresses of attorneys entitled to be notified:

Leslie C. Esbrook
Alison C. Barnes
ROBBINS, RUSSELL, ENGLERT, ORSECK
& UNTEREINER LLP
2000 K Street N.W., 4th Floor
Washington, D.C. 20006
(202) 775-4500
lesbrook@robbinsrussell.com

Eunice Cho
American Civil Liberties Union
National Prison Project
915 Fifteenth St. N.W., 7th Floor
Washington, D.C. 20005
(202) 548-6616
echo@aclu.org

Arthur B. Spitzer
American Civil Liberties Union Foundation
  of the District of Columbia
915 Fifteenth St. N.W., 2nd Floor
Washington, D.C. 20005
(202) 601-4266
aspitzer@acludc.org

*Counsel for Plaintiff*


Matthew M. Graves
Brian P. Hudak
Sean M. Tepe
OFFICE OF THE U.S. ATTORNEY
FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2533
sean.tepe@usdoj.gov

*Counsel for the United States of America*